■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MISTRETTA, Appellant.— Appeal (1) from a judgment of the County Court, Kings County, convicting appellant after trial of robbery in the first degree, grand larceny in the first degree and assault in the second degree, and imposing sentence as a third felony offender, and (2) from an order denying, after a hearing at which formal testimony was taken, appellant's application for an order in the nature of a writ of error *coram nobis* to vacate said judgment, and for a new trial on the ground of newly discovered evidence. Appellant contends that the Trial Judge was disqualified because of interest and that appellant was deprived of a fair trial because of errors in rulings, inflammatory summation by the Assistant District Attorney, and prejudicial and improper instructions to the jury. On the application it was contended that the newly discovered evidence shows that a witness for the People on the trial gave perjured testimony and that the Assistant District Attorney suppressed material evidence. Judgment and order unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALPHONSE RODRIQUEZ, Appellant.— Appeal (1) from a judgment of the County Court, Kings County, convicting appellant of attempted robbery in the first degree, and sentencing him as a second felony offender to serve from 10 to 20 years, (2) from said sentence, and (3) from all denials of motions therein made. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence or the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH RODRIQUEZ, Appellant.— Appeal (1) from a judgment of the County Court, Kings County, convicting appellant of attempted robbery in the first degree, and sentencing him to serve from 7½ to 15 years, and (2) from said sentence. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK er rel. BERTRAM DIAMOND, Appellant, against EDWARD O'HARA, as Warden of the Nassau County Jail, Respondent.—In a habeas corpus proceeding, the appeal is from an order dismissing the writ. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.